**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| DIANE G. SHORT, JUDITH DAVIAU, and JOSEPH BARBOZA, Individually and as representatives of a class of participants and beneficiaries in and on behalf of the BROWN UNIVERSITY DEFERRED VESTING RETIREMENT PLAN, and the BROWN UNIVERSITY LEGACY RETIREMENT PLAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>BROWN UNIVERSITY in Providence in the State of Rhode Island and Providence Plantations,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CA NO. 1:17-CV-318-WES-PAS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER:
PROVIDING FINAL APPROVAL FOR CLASS ACTION SETTLEMENT AND
APPROVING THE PLAN OF ALLOCATION**

Plaintiffs Diane G. Short, Judith Daviau and Joseph Barboza[1] ("Plaintiffs"), individually and on behalf of all others similarly situated, move this Court pursuant to Federal Rules of Civil Procedure 23, for an Order: (1) finally approving the parties' proposed $3,500,000 class action settlement (the "Settlement"); (2) approving class certification for settlement purposes; and (3) approving the Plan of Allocation of the Settlement proceeds to Class Members.

---

[1] Plaintiff Samira Pardanani was voluntarily dismissed from this case on July 10, 2017. (ECF No. 3.)

1

In support of this motion, Plaintiffs submit the following:

- Memorandum of Law in Support of Plaintiffs' Unopposed Motion for an Order: Providing Final Approval for Class Action Settlement and Approving the Plan of Allocation;

- Declaration of Todd S. Collins in Support;

- Declaration of Todd Schneider in Support;

- Declaration of the Settlement Administrator Regarding Dissemination of Class Notice; and

- Proposed Final Approval Order.

WHEREFORE, Plaintiffs respectfully request that the Court grant its Unopposed Motion and enter the proposed Order submitted with this Motion Providing Final Approval for Class Action Settlement and Approving the Plan of Allocation.

Respectfully submitted,

Dated: July 3, 2019

*/s/Sonja L. Deyoe*
Sonja L. Deyoe (R.I. Bar No. 6301)
Law Offices of Sonja L. Deyoe
395 Smith Street
Providence, RI 02908
Telephone: (401) 864-5877
Facsimile: (401) 354-7464
sld@the-straight-shooter.com

Todd S. Collins
Eric Lechtzin
Ellen T. Noteware
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
tcollins@bm.net
scarson@bm.net
enoteware@bm.net

Garrett W. Wotkyns
John J. Nestico
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0145
Facsimile: (866) 505-8036
gwotkyns@schneiderwallace.com
jnestico@schneiderwallace.com

Todd Schneider
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I caused to be served, via electronic mail a true and correct copy of Plaintiffs' Unopposed Motion for an Order Finally Approving Class Action Settlement to the following:

Steven M. Richard
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
srichard@nixonpeabody.com

Charles M. Dyke
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111
cdyke@nixonpeabody.com

H. Douglas Hinson
ALSTON & BIRD
The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
doug.hinson@alston.co

*Attorneys for Brown University*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Sonja L. Deyoe*
　　　　　　　　　　　　　　　　　　　　　　Sonja L. Deyoe